B. Frank Perham, Individually and as Administrator, etc., Respondent, v. Jennie Williams Cottle, Individually and as Executrix, etc., and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Elmer E. Harris & Company, Respondent, v. David F. Patterson, as Administrator, etc., Appellant.— Order affirmed, with costs to respondent to abide event. All concurred.

John H. Van Horn, Respondent, v. Auburn and Syracuse Electric Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Will B. Hull, Appellant, v. Ernest V. Dunlevie, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of the Utica Trust and Deposit Company, as Administrator with Will Annexed of Charlotte L. Hunt, Deceased, Respondent. C. Stuart Myers and Another Appellants; Roxanna Hunt Dixon and Others, Respondents.— Decree affirmed, with costs to each of the parties appearing by separate attorneys payable out of the estate. All concurred.

Mary E. Friedley, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Henry Harnick, Respondent, v. Lackawanna Bridge Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Uriah H. Lewis, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

George H. Perry, Respondent, v. Peter Keeler Building Company, Appellant.— Motion granted to dismiss appeal unless appellant file and serve briefs not later than October 20, 1914.

William D. Harris, Appellant, v. United States Casualty Company, Respondent.—Appeal dismissed, without costs, upon stipulation filed.

Benjamin E. Franklin, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Michael Krook, Appellant, v. Mott Wheel Works, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Belting and Machinery Company, Plaintiff, v. City of Corning, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.

The People of the State of New York, Respondent, v. Charles Alderwick, Appellant.— Judgment of conviction and order affirmed. All concurred.

Anthony Marcantonio, Respondent, v. G. Harry Swancott and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.